IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN SATTERWHITE and JULIE SATTERWHITE,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., and HOME DEPOT USA, INC.,<br><br>　　　　Defendants. | CV 23–58–BU–DLC<br><br><br>ORDER |

　　　Plaintiffs John and Julie Satterwhite have filed an unopposed motion to dismiss Count 1 of the Amended Complaint without prejudice. (Doc. 28.)

　　　Accordingly, IT IS ORDERED that Count 1 of Plaintiffs' Amended Complaint is dismissed without prejudice.

　　　DATED this 10th day of December, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1