IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN SATTERWHITE and JULIE SATTERWHITE, | CV 23–58–BU–DLC |
| Plaintiffs, | |
| vs. | ORDER |
| HOME DEPOT USA, INC., | |
| Defendant. | |

Before the Court is Plaintiffs' Unopposed Motion to Amend Caption. (Doc. 30.) Through the Motion, Plaintiffs request that the Court amend the caption of this matter to reflect the sole remaining negligence claim against Home Depot USA, Inc. (*Id.* at 1.) Defendant does not oppose. (*Id.*)

Accordingly, IT IS ORDERED that the Motion (Doc. 30) is GRANTED. The caption in this matter is amended to reflect the sole remaining claim against Defendant Home Depot, Inc.

DATED this 9th day of January, 2025.

Dana L. Christensen, District Judge
United States District Court

1