IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN SATTERWHITE and JULIE SATTERWHITE,<br><br>           Plaintiffs,<br><br>vs.<br><br>HOME DEPOT USA, INC.,<br><br>           Defendant. | CV 23–58–BU–DLC<br><br><br>ORDER |

Before the Court is the parties' Stipulation to Dismiss with Prejudice. The parties have notified the Court that they stipulate and agree this matter may be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorneys' fees. The Clerk of Court is directed to close this case.

DATED this 31st day of March, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

1